```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0068--CR (RRB)
                                        "USA V IAN JUDD"
                                         DEF 1.1 JUDD, IAN

                     Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  07/28/05
             Closed:  NO
  No. of Defendants:  1
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  D. Scott Dattan
                     Law Offices of D. Scott Dattan
                     2600 Denali Street, Suite 460
                     Anchorage, AK 99503
                     907-276-8008
                     FAX 907-278-8571
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 JUDD, IAN

Document          Count    Citation and Description                         Disposition
─────────────────────────────────────────────────────────────────────────────────────────
    1 -    1 IND    1      21:841(a)(1) and 841(b)(1)(B) DISTRIBUTION OF    Pending
                           COCAINE BASE (F)

    1 -    1 IND    2      21:841(a)(1) and 841(b)(1)(B) DISTRIBUTION OF    Pending
                           COCAINE BASE (F)
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0068--CR (RRB)
                                     "USA V IAN JUDD"

                                  For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 07/28/05
             Closed: NO
   No. of Defendants: 1


   Document #  Filed     Docket text

       1 -  1  07/28/05  [Re: DEF 1] PLF 1 Indictment.

       2 -  1  07/28/05  [Re: DEF 1] PMP Grand Jury Minutes. Indictment Secret. Warrant to be
                         issued. No bail set (Detention per 18:3142)

    NOTE -  1  07/29/05  [Re: DEF 1] Issued WOA.

    NOTE -  2  07/29/05  [Re: DEF 1] USM Notice of Arrest; defendant arrested.

    NOTE -  3  07/29/05  Notation: Proposed trial date setting for arraignment and notice of
                         speedy trial act ddlns forwarded to chambers.

       3 -  1  08/02/05  [Re: DEF 1] TWH Court Minutes [ECR: Caroline Edmiston] re: Arraignment
                         on Indictment (held 08/01/05); Mike Dieni appointed; defendant plead not
                         guilty to counts 1 & 2 of the Indictment; defendant detained; pretrial
                         motions due 08/12/05; TBJ set 09/12/05. CC: USA, FPD, USM, USPO, Judge
                         Beistline.

       4 -  1  08/02/05  [Re: DEF 1] TWH Order regarding preparation for trial (held 08/01/05);
                         cnsl to meet and confer 08/05/05; ptms due 08/12/05. CC: USA, FPD.

       5 -  1  08/02/05  [Re: DEF 1] TWH Order of Detention Pending Trial (held 08/01/05).  CC:
                         USA, FPD, USM, USPO.

       6 -  1  08/02/05  [Re: DEF 1] Financial Affidavit (Held 08/01/05).

       7 -  1  08/02/05  [Re: DEF 1] RRB Minute Order setting trial by jury for 9/12/05 at 8:30
                         a.m. and FPTC for 9/8/05 at 9:00 a.m. in Courtroom #2. cc: AUSA, FPD,
                         USM, USPO, MJ ROBERTS, jury clerk

       8 -  1  08/02/05  {SEALED}

       9 -  1  08/03/05  {SEALED}

      10 -  1  08/04/05  DEF 1 Attorney Appearance of S.Dattan.

      11 -  1  08/04/05  DEF 1 CJA appointment of D. Scott Dattan.

      12 -  1  08/05/05  [Re: DEF 1] PLF 1 Discovery Conference Certificate.

      13 -  1  08/08/05  [Re: DEF 1] Return of WOA executed on 7/28/05.

      14 -  1  08/18/05  [Re: DEF 1] PLF 1 Superseding Indictment

      15 -  1  08/19/05  [Re: DEF 1] JDR Grand Jury Minutes. No bail set.  (Detention per
                         18:3142) Set for arraignment and notify USM.  In Federal Custody.

      16 -  1  08/19/05  [Re: DEF 1] JDR Minute Order re Arr set for 8/24/05 at 10:30 a.m. cc:
                         USA, D. Dattan, USM, USPO, Judge Beistline
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0068--CR (RRB)
                                   "USA V IAN JUDD"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 08/24/05 | [Re: DEF 1] MEG Court Minutes [ECR: Linda Christensen] re Arr on SIndt (held 8/24/05); plead NG to Cts 1, 2, and 3 of SIndt; def detention cont; trial date set for 9/12/05.  cc: USA, S. Dattan, USM, USPO, Judge Beistline, MJ Roberts |
| 18 - 1 | 08/29/05 | [Re: DEF 1] PLF 1 Notice of intent to use the crt's digital evidence presentation system. |
| 19 - 1 | 09/02/05 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 20 - 1 | 09/02/05 | [Re: DEF 1] PLF 1 Trial Brief. |
| 21 - 1 | 09/02/05 | [Re: DEF 1] PLF 1 Proposed Jury Instructions and special verdict forms. |
| 22 - 1 | 09/06/05 | DEF 1 motion to act as co-counsel at trial w/att aff. |
| 23 - 1 | 09/06/05 | DEF 1 motion for the parties to conduct voir dire w/att aff. |
| 24 - 1 | 09/06/05 | DEF 1 Proposed Voir Dire Questions. |
| 25 - 1 | 09/08/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] denying motion to act as co-counsel at trial (22-1); motion for the parties to conduct voir dire (23-1); no settlement negotiations to be mentioned before the jury panel; trial by jury remains as set to begin 9/12/05 at 8:30 am. cc: USA, S. Dattan, USM, USPO, Jury Clerk |
| 26 - 1 | 09/08/05 | [Re: DEF 1] RRB Minute Order re hrg w/def & defense cnsl only set for 9/9/05 at 10:00 a.m. cc: D. Dattan, USM |
| 27 - 1 | 09/09/05 | {SEALED} |
| 28 - 1 | 09/09/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] PCOP held 9/9/05; def changed pleas to guilty to Cts 1-3 of SIndt; IOS set for 11/29/05 at 1:15 p.m.; tbj set for 9/12/05 at 8:30 a.m. is vacated.  cc: USA, S. DATTAN, USM, USPO, JC |
| 29 - 1 | 11/14/05 | DEF 1 Unopposed motion to continue sentencing. |
| 29 - 2 | 11/14/05 | DEF 1 motion for travel authorization to Seattle. |
| 30 - 1 | 11/16/05 | [Re: DEF 1] (FAXED COPY) RRB Minute Order granting unopposed motion to continue sentencing (29-1), motion for travel authorization to Seattle (29-2).  IOS is reset for 12/21/05 at 9:00 a.m.  cc: S. Collins, D. Dattan, USM, USPO |
| 31 - 1 | 11/16/05 | {SEALED} |
| 31 - 2 | 11/17/05 | {SEALED} |