UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  IAN JUDD

DATE:  December 13, 2005     CASE NO.  A05-0068 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RESCHEDULING SENTENCING**

---

The sentencing scheduled in this matter for December 21, 2005, is **RESCHEDULED** and will be held on **Tuesday, January 3, 2006, at 1:15 p.m.**, in Courtroom 2.

M.O. RESCHEDULING SENTENCE