**FILED**

DEC 2 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ PD _____ Deput

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

USA   v.   IAN JUDD

DATE:   December 23, 2005   CASE NO.   A05-0068 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING NOTICE**

---

Due to a calendaring conflict, the sentencing in this matter scheduled for January 3, 2006, is **rescheduled** and will be held on **Wednesday, January 4, 2006, at 10:00 a.m.**, in Courtroom 2.

PD 12-23-05

33