MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *IAN JUDD*

THE HONORABLE JOHN W. SEDWICK          CASE NO.  A05-68 CR (RRB)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  January 5, 2006

    Chief Judge Sedwick will conduct an *ex parte* hearing to be attended by defendant Judd and his lawyer at **8:30 AM** on **January 12, 2006**, to consider Judd's request for a new attorney.  The United States will please file a memorandum setting forth its views on Judd's request on or before **January 11, 2006.**