TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 3:05-cr-0068-RRB |
| ) | |
| Plaintiff,   ) | |
| ) | RESPONSE TO MOTION FOR |
| vs.   ) | DISCHARGE OF ATTORNEY |
| ) | |
| IAN JUDD,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| ) | |

Ian Judd, the defendant, has moved this court to relieve D. Scott Dattan from his appointment as Judd's counsel and to have the court appoint new counsel to represent Judd.  The court has directed the United States to file a response to this motion in which the government is to state its position on the motion. The United

States has nothing to offer on Judd's motion because it is based on Judd's complaint's about his relationship with Dattan, a relationship about which the United States has no information other than to presume that it has been adequate.

The United States has not been privy to any communications between Judd and Dattan and can not therefore comment on the nature of the attorney client relationship between the two. While the government may have a positive assessment of Dattan's professionalism, that opinion can and should not have any influence upon the instant motion.

As to Judd's mention of his possible desire to withdraw his plea, the United States will await a formal motion, but will state that it opposes Judd's request in that he has failed to present and substantiate a fair and just reason for his request.

RESPECTFULLY SUBMITTED this day, January 10, 2006, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2006
a copy of the foregoing RESPONSE TO MOTION
FOR DISCHARGE OF ATTORNEY was served
electronically:

D. Scott Dattan
2600 Denali St., Suite 460
Anchorage, AK 99503


s/ Stephan A. Collins