UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  IAN JUDD  </u>

DATE: <u>  January 19, 2006  </u>   CASE NO.  <u>  3:05-CR-0068 RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING SENTENCING**

---

Sentencing in this matter shall be held on **Thursday, January 26, 2006, at 9:00 a.m.**, in Courtroom 2.