DOCUMENT REMOVED

FILED INCORRECTLY