LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| IAN JUDD, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cr-0068-RRB |

**AFFIDAVIT OF DEFENDANT**

STATE OF ALASKA         )
                        )ss
THIRD JUDICIAL DISTRICT )

Ian Judd, being first duly sworn upon oath, deposes and states:

1. I am the defendant in this action.

2. I hereby consent to appointed counsel, D. Scott Dattan, being relieved for purposes of appeal and request appointment of substitute counsel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
IAN JUDD

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska on the 26th day of January, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4/12/07

Page 1 of 1
USA v JUDD; 3:05-cr-0068-RRB
Affidavit of Defendant