IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )   U.S.D.C. Case Number
            Plaintiff,               )   3:05-CR-0068 RRB (     )
                                     )
                                     )
    vs.                              )
                                     )
                                     )   NOTICE OF APPEAL
    IAN JUDD                         )
                                     )
                                     )
            Defendant.               )

Notice is hereby given that __IAN JUDD__ appeals to the Ninth Circuit Court of Appeals from the:

( ___ )   Conviction only (Fed. R. Crim. P. 32(b)).

( X )    Conviction and sentence.

( ___ )   Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: __1/26/06__.

Sentence imposed: __168 MONTHS__.

Transcript required (yes or no): __NO__. If yes, date ordered or to be ordered: _____ (including arrangements

for payment with court recorder).

Signature: __Ian Judd__

Date: __1/26/06__

(Rev 1/06)