UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>IAN JUDD,<br><br>      Defendant. | )<br>)<br>)<br>)  Case No. 3:05-CR-00068-RRB<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon motion by the defendant and for good cause shown, it is hereby ordered that D. Scott Dattan may withdraw as counsel for defendant. The Federal Public Defender will appoint counsel to pursue defendant's appeal.

DATED this 16 day of February at Fairbanks, Alaska.

RALPH R. BEISTLINE
United States District Judge