IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. A05-0068-001 CR (RRB) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| IAN JUDD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | **ENTRY OF APPEARANCE** |

No excludable delay is expected to occur as a result of filing the present document.

Scott A. Sterling enters his appearance as counsel for defendant Ian Judd and requests service of all filings at Sterling & Dearmond, 851 Westpoint Drive, Suite 201, Wasilla, Alaska 99654.

RESPECTFULLY SUBMITTED this \_\_\_\_ day of _____, 2006 at Anchorage, Alaska.

>Sterling & DeArmond, P.C.
>Counsel for Defendant
>Ian Judd
>
>By: s/ Scott A. Sterling
>    Scott A. Sterling
>    Sterling & Dearmond
>    851 Westpoint Drive, Suite 201
>    Wasilla, Alaska 99654
>    Telephone: (907) 376-8076
>    Fax:       (907) 376-8078
>    Email: scottsterling@alaskalawyers.net
>    Bar No. 8706053

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by fax on the 9th day of March, 2006 upon:

AUSA Stephan Collins
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Counsel for Plaintiff
United States of America
Fax: (907) 271-1500

By: /s/ Scott A. Sterling