UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | ORDER FOR TIME SCHEDULE |
|---|---|---|
| | ) | |
| | ) | CA No.: |
| Plaintiff- | ) | |
| | ) | DC No.:3:05-cr-00068-RRB |
| | ) | |
| vs. | ) | District of Alaska |
| | ) | Notice of Appeal filed: |
| | ) | |
| Ian Judd | ) | (X) CJA or F.P.   ( ) Paid Appeal |
| | ) | ( ) Apptd Counsel ( ) Fed Defender |
| | ) | ( ) Retained Counsel |
| Defendant(s)- | ) | ( ) Advisory Counsel only |
| | ) | ( ) On Bail        ( ) In custody |
| _____ ) | ( )_____ | |

The parties, counsel, and court personnel, in the processing of this
appeal, will comply with the following time schedule:

1.   If not exempt, the docket fee will be transmitted to      IMMEDIATELY
     the Clerk of the District Court

2.   The date the transcript will be ordered from the court
     reporter. (If this case is under CJA, give the date        10/10/2006
     that the order is to be given to the court reporter.)

3.   The court reporter's transcript will be filed in the
     District Court
     (Certificate of Record will be submitted to the court
     of Appeals by the Clerk of the District Court             11/9/2006
     immediately upon the filing of the transcript. The
     Certificate of Record indicates  that the complete
     trial court record including designated transcripts is
     available for use of   the parties.)

4.   Appellants' opening brief and excerpts of record will
     be served and filed pursuant to Circuit Rules  32 and     12/19/2006
     31-2

5.   The appellee's brief will be served and filed pursuant
     to Circuit Rules 32 and 31-2                              1/18/2007

6.   The appellant's (optional) reply brief will be  served
     and filed pursuant to Circuit Rules 32 and 31-2           2/1/2007

By direction of the Judicial Conference of the United States, this Court
must expedite criminal appeals. This time schedule must be adhered to
without exception. This appeal will be deemed ready for calendaring, on the
first available calendar, after the appellee's brief is filed.

NOTE: Cir.  Rule 32  sets  length        For the Court:
limitations on  briefs. Cir. Rule
42-1  requires  that  this appeal        Cathy A. Catterson
may  be  dismissed  if appellants        Clerk, U.S. Court of Appeals
brief is not timely filed.

                                         By:___Tina J Grothause_____
                                                Deputy Clerk
                                                U.S. District Court