UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**06-30513**

**FILED**
SEP 2 2 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**RECEIVED**
SEP 2 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v Judd
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R Beistline 3:05-cr-00068-RRB
Date Complaint/Indictment/Petition Filed: 7/28/2005
Date Appealed Order/Judgment *entered*: 1/31/2006
Date NOA *filed*: 1/31/2006

Court Reporter(s) Name and Phone Number: Tina J Grothause (907) 451-5791

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _     Date Docket Fee billed: _
Date FP granted: _          Date FP denied: _
Is FP pending? no           Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:              Appellee Counsel:
Scott Sterling                  Stephen Collins
851 Westpoint Dr Ste 291        222 W. 7th Ave #9
Wasilla, AK 99654               Anchorage, AK 99513
(907) 376-8076                  (907) 271-5071

__retained   X__CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _                       _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _     9th Circuit Docket Number: _

Name and phone number of person completing this form: Tina J Grothause
(907) 451-5791