UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 0 6 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>IAN JUDD,<br><br>Defendant - Appellant. | No. 06-30513<br><br>D.C. No. CR-05-00068-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED

OCT 1 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court records show that counsel Scott A. Sterling, Esq., was appointed under the Criminal Justice Act to represent appellant before the district court. It appears that counsel has not been granted leave to withdraw by the district court or this court. Accordingly, the Clerk has entered Scott A. Sterling, Esq., on the docket as appointed counsel of record. *See* 9th Cir. R. 4-1(a).

Appointed counsel has the duty to ascertain whether the defendant wishes to appeal and to file a notice of appeal upon the defendant's request. *See id.* Counsel also has the duty to continue to represent the defendant on appeal until counsel is relieved by this court. *See id.* Therefore, even though the defendant filed a pro se notice of appeal, counsel Sterling remains responsible for prosecuting this appeal.

If counsel wishes to withdraw, counsel must, within 21 days, file a motion in this court accompanied by a statement of reasons and including: (1) a substitution of counsel showing that new counsel has been retained; or (2) a proof of service on the defendant showing the defendant's current address; or (3) a motion by the defendant to proceed pro se; or (4) an affidavit or signed statement

06-30513

from the defendant showing that the defendant has been advised of the defendant's rights with regard to the appeal and expressly stating that the defendant wishes to dismiss the appeal voluntarily. *See* 9th Cir. R. 4-1(c).

In the absence of a motion to withdraw, the previously established briefing schedule shall remain in effect.

The Clerk shall serve this order on counsel Sterling and on appellant individually at Reg. No. 15139-006 FCI Safford, P.O. Box 9000, Safford, Arizona 85548. The Clerk shall also serve the briefing schedule on counsel.

For the Court:

Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ORDER FOR TIME SCHEDULE |
| | ) | |
| Plaintiff- | ) | CA No.: |
| | ) | |
| | ) | DC No.:3:05-cr-00068-RRB |
| | ) | |
| vs. | ) | District of Alaska |
| | ) | Notice of Appeal filed: |
| | ) | |
| Ian Judd | ) | (X) CJA or F.P.   ( ) Paid Appeal |
| | ) | ( ) Apptd Counsel ( ) Fed Defender |
| | ) | ( ) Retained Counsel |
| Defendant(s)- | ) | ( ) Advisory Counsel only |
| | ) | ( ) On Bail      ( ) In custody |
| | ) | ( ) _____ |

The parties, counsel, and court personnel, in the processing of this appeal, will comply with the following time schedule:

1.  If not exempt, the docket fee will be transmitted to the Clerk of the District Court — **IMMEDIATELY**

2.  The date the transcript will be ordered from the court reporter. (If this case is under CJA, give the date that the order is to be given to the court reporter.) — **10/10/2006**

3.  The court reporter's transcript will be filed in the District Court
    (Certificate of Record will be submitted to the court of Appeals by the Clerk of the District Court immediately upon the filing of the transcript. The Certificate of Record indicates that the complete trial court record including designated transcripts is available for use of the parties.) — **11/9/2006**

4.  Appellants' opening brief and excerpts of record will be served and filed pursuant to Circuit Rules 32 and 31-2 — **12/19/2006**

5.  The appellee's brief will be served and filed pursuant to Circuit Rules 32 and 31-2 — **1/18/2007**

6.  The appellant's (optional) reply brief will be served and filed pursuant to Circuit Rules 32 and 31-2 — **2/1/2007**

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

NOTE: Cir. Rule 32 sets length limitations on briefs. Cir. Rule 42-1 requires that this appeal may be dismissed if appellants brief is not timely filed.

For the Court:

Cathy A. Catterson
Clerk, U.S. Court of Appeals

By: ___Tina J Grothause___
Deputy Clerk
U.S. District Court