UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

**REVISED** TRANSCRIPT DESIGNATION FORM

NOV 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # **No. 06-30513**   U.S. District Court # **A05-00068-RRB**

Short Case Title **United States v. Ian Judd**

Date Notice of Appeal Filed by Clerk of District Court **1-31-06**

### Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | ~~VOIR DIRE~~ |
| | | ~~OPENING STATEMENTS~~ |
| | | ~~SETTLEMENT INSTRUCTIONS~~ |
| | | ~~CLOSING ARGUMENTS~~ |
| Change of Plea - 9-9-05 | | ~~JURY INSTRUCTIONS~~ |
| Motion Hearing - 1-12-06 | | ~~PRE-TRIAL PROCEEDINGS~~ |
| Sentencing - 1-26-06 | | (OTHER) |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered **11-10-06**   Estimated Date for Completion **11-30-06**

Signature of Attorney _____   Phone Number **907 376-8076**

Address **851 Westpoint Drive, #201, Wasilla, AK. 99654**

### Section B - To Be Completed by Court Reporter

I, _____ (Signature of Court Reporter), have received this designation.

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

### Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____