IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )   No. A05-0068-001 CR (RRB)<br>                    Plaintiff,            )<br>                                                            )<br>vs.                                                      )<br>                                                            )<br>IAN JUDD,                                          )<br>                                                            )<br>                    Defendant.         ) **MOTION TO UNSEAL**<br>_____)  **HEARING RECORD** | |

Ian Judd moves the court to unseal the record of the hearing on his motion to withdraw counsel, as held before this court on January 12, 2006. Mr. Judd has designated that motion hearing as part of his record on appeal. It is necessary to unseal that hearing in order for the record to be transcribed. A proposed Order is attached. It is not believed that the Government opposes or will oppose the present motion or the granting of the relief requested.

RESPECTFULLY SUBMITTED this 17th day of November, 2006 at Anchorage, Alaska.

            Sterling & DeArmond, P.C.
            Counsel for Defendant
            Ian Judd

            By: s/ Scott A. Sterling
              Scott A. Sterling
              Sterling & Dearmond
              851 Westpoint Drive, Suite 201
              Wasilla, Alaska 99654
              Telephone: (907) 376-8076
              Fax:         (907) 376-8078
            Email: scottsterling@alaskalawyers.net
              Bar No. 8706053

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by the ECF system on the 17th day of November, 2006 upon:

AUSA Stephan Collins
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Counsel for Plaintiff
United States of America
Fax: (907) 271-1500

By: /s/ Scott A. Sterling