IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. A05-0068-001 CR (RRB) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| IAN JUDD, | ) | |
| | ) | **ORDER RE:** |
| Defendant. | ) | **MOTION TO UNSEAL** |
| _____ | ) | **HEARING RECORD** |

Upon application the motion of defendant Ian Judd to unseal the record

of the hearing on his motion to withdraw counsel, as held before this court on

January 12, 2006 is GRANTED.

The clerk of court is directed to unseal the record of that hearing and

make same available for transcription in connection with Mr. Judd's appeal.

DATED this _____ day of _____, 2006 at Anchorage, Alaska.

By:_____
Ralph R. Beistline
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served by

the ECF system on the 17th day of November, 2006 upon:

AUSA Stephan Collins
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Counsel for Plaintiff
United States of America
Fax: (907) 271-1500

By: /s/ Scott A. Sterling

**<u>United States v. Ian Judd</u>**
**Case No. A05-0068-001 CR**
**Order re:**
**Motion To Unseal Hearing Record**
**Page 2 of 2**