IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. A05-0068-001 CR (RRB) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| IAN JUDD, ) | |
| ) | **ORDER RE:** |
| Defendant. ) | **MOTION TO UNSEAL** |
| ) | **HEARING RECORD** |

Upon application the motion of defendant Ian Judd to unseal the record of the hearing on his motion to withdraw counsel, as held before this court on January 12, 2006 is GRANTED.

The clerk of court is directed to unseal the record of that hearing and make same available for transcription in connection with Mr. Judd's appeal.

DATED this 11 day of December 2006 at Anchorage, Alaska.

By: /s/ RRB
Ralph R. Beistline
United States District Judge