**FILED**

APR 03 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-30513 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00068-a-RRB<br>District of Alaska,<br>Anchorage |
| v. | |
| IAN JUDD, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**

APR 0 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The motion of Scott A. Sterling, Esq., to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967), is referred to the panel assigned to hear the merits of this appeal.[1] The panel will conduct an independent review of the record. *See Penson v. Ohio*, 488 U.S. 75, 82-83 (1988). After it conducts its review, the merits panel will determine whether counsel may be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83.

Appellant may file a pro se supplemental opening brief raising any issues by May 10, 2007. On or before June 11, 2007, appellee shall file the answering brief or notify this court by letter that no answering brief will be filed. *See* 9th Cir. R. 31-2.3 (failure by appellee to file brief or notify the court that no brief will be filed

---

[1] Judd's counsel's motion to late file Appellant's opening brief is hereby GRANTED.

may result in the imposition of sanctions). If appellee files the answering brief, the optional reply brief will be due within 14 days after service of the answering brief.

The clerk of the district court shall forward to this court the clerk's record within 10 days of receipt of this order. *See* 9th Cir. R. 11-4.4.

The Clerk shall serve a copy of this order on appellant individually at Reg. #15139-006, FCI Safford, P.O. Box 9000, Safford, AZ 85548, as well as counsel for appellant.

For the Court

Liz Noteware
Staff Attorney/Deputy Clerk
9th Cir. R. 27-7
General Order 6.3(a)