*11-25-07*

United States District Court

For the District of Alaska

Clerk of Courts

Federal Building U.S. Courthouse

222 West 7th Ave. #4

Anchorage, Alaska 99513

**RECEIVED**

**NOV 29 2007**

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

RE:

Ian Judd

USA vs. Judd

Case # A05-0068-CR(RRB)

    I am hereby requesting copies of all transcribed court proceedings regarding the above case #. I have made numerous attempts to obtain this information through my previous attorneys and have been unable to get the information that I need to complete my 2255. Please provide me with all the documentation you have regarding my case. Thank you.

Federal Correctional Institution

Ian Judd

15139-006

P.O. Box 9000

Safford, Arizona 85548

*Ian Judd*

Federal Correctional Institution

Ian Judd

15139-006

P.O. Box 9000

Safford, Arizona 85548

20 NOV 2007 PM 11 L

United States District Court

For the District of Alaska

Clerk of Courts

Federal Building U.S. Courthouse

222 West 7th Ave. #4

Anchorage, Alaska 99513