# Inmate Statement

| Inmate Reg #: | 15139006 | Current Institution: | Safford FCI |
|---|---|---|---|
| Inmate Name: | JUDD, IAN | Housing Unit: | SAF-C-A |
| Report Date: | 11/16/2007 | Living Quarters: | C02-022L |
| Report Time: | 10:51:02 AM | | |

🖨 PRINT

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SAF | 11/8/2007 6:54:49 PM | 77 | | | Sales | ($33.55) | | $2.80 |
| SAF | 11/5/2007 12:27:23 PM | HIPP1007 | | | Payroll - IPP | $33.35 | | $36.35 |
| SAF | 10/11/2007 6:19:32 PM | 78 | | | Sales | ($3.10) | | $3.00 |
| SAF | 10/11/2007 6:18:58 PM | 77 | | | Sales | ($28.30) | | $6.10 |
| SAF | 10/9/2007 2:01:33 PM | HIPP0907 | | | Payroll - IPP | $19.60 | | $34.40 |
| SAF | 10/2/2007 8:32:25 AM | 0G2091 | | | Payroll - UNICOR | $14.44 | | $14.80 |
| SAF | 9/10/2007 10:26:34 AM | 0G2090 | | | FRP Quarterly Pymt | $0.00 | | $0.36 |
| SAF | 9/5/2007 4:45:42 PM | 7 | | | Sales | ($26.70) | | $0.36 |
| SAF | 9/5/2007 12:37:22 PM | 0G2088 | | | Payroll - UNICOR | $26.11 | | $27.06 |
| SAF | 8/14/2007 5:06:28 PM | 12 | | | Sales | ($24.75) | | $0.95 |
| SAF | 8/6/2007 1:39:46 PM | GIPP0707 | | | Payroll - IPP | $24.32 | | $25.70 |
| SAF | 7/10/2007 5:18:07 PM | 28 | | | Sales | ($29.40) | | $1.38 |
| SAF | 7/9/2007 3:03:35 PM | GIPP0607 | | | Payroll - IPP | $10.08 | | $30.78 |
| SAF | 6/8/2007 1:47:20 PM | 0G2066 | | | FRP Quarterly Pymt | ($25.00) | | $20.70 |
| SAF | 6/8/2007 1:27:36 PM | GIPP0507 | | | Payroll - IPP | $23.76 | | $45.70 |
| SAF | 5/22/2007 9:57:24 AM | GITS2CNV | | | Phone Rev With Rel | $6.77 | | $21.94 |
| SAF | 5/7/2007 2:53:25 PM | GIPP0407 | | | Payroll - IPP | $15.12 | | $15.17 |
| SAF | 4/12/2007 6:16:57 PM | 85 | | | Sales | ($23.85) | | $0.05 |
| SAF | 4/9/2007 3:38:43 PM | GIPP0307 | | | Payroll - IPP | $15.84 | | $23.90 |
| SAF | 4/9/2007 3:38:32 PM | GIPP0307 | | | Payroll - IPP | $2.88 | | $8.06 |
| SAF | 3/9/2007 12:12:16 PM | 0G2043 | | | FRP Quarterly Pymt | ($25.00) | | $5.18 |
| SAF | 3/9/2007 12:09:34 PM | GIPP0207 | | | Payroll - IPP | $16.80 | | $30.18 |

Total Transactions: 22

Totals: ($10.58)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SAF | $2.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.80 |
| Totals: | $2.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.80 |

## Other Balances

*[signature]* 11/16/07

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $151.66 | $164.03 | $9.72 | $36.35 | $6.39 | N/A | N/A |