__IAN J. JUDD__
(Petitioner)

_____
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

RECEIVED
NOV 2 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

I, __Ian Judd__, declare that I am the movant in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes __X__   No_____

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   __F.B.O.P. $35.00 per month.__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
   _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes___   No _X_
   b. Rent payments, interest or dividends?   Yes___   No _X_
   c. Pensions, annuities or life insurance payments?   Yes___   No _X_
   d. Gifts or inheritances?   Yes___   No _X_
   e. Any other sources?   Yes___   No _X_

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.
   _____

3. Do you own any cash, or do you have money in a checking or savings account?   Yes _X_   No___   (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned.
   __$2.80__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes___   No _X_

   If the answer is yes, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. Katie Judd, (daughter) Heather Judd (daughter) and Carmen Judd (daughter).. monthly child support payment..

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on Nov. 16th 2007
(Date)

_Lan Judd_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 2.80 on account to his credit at the FCI-Safford, AZ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said FCI-Safford, AZ institution:

6 mo Deposits = $ 151.66

6 mo Average Daily Balance = $ 9.72

DATED Nov. 16, 2007

_Michael A. _____
Authorized Officer of Institution

Counselor
Title of Officer

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**