**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

　UNITED STATES OF AMERICA　 v. 　IAN JUDD　

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                      CASE NO.　3:05-cr-00068-RRB　

　Carolyn Bollman　

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: December 27, 2007

　　On November 29, 2007, Ian Judd filed a motion requesting copies of the transcripts of his proceedings before this Court.  Mr. Judd says that he needs the transcripts in order to complete his motion under 28 U.S.C. § 2255.

　　Copies of documents may be obtained through the Clerk's Office, at a charge to Mr. Judd of $.50 per page, without filing a motion with the Court.  However, if Mr. Judd wishes to secure any documents free of charge, his motion is premature.  There is no need for one to review transcripts to complete the Court's 2255 motion form. In fact, Mr. Judd's initial pleading should only "contain a **short and plain statement** of the claim showing that [he] is entitled to relief." [1]

　　The motion at docket number 70 is DENIED, and the Clerk of Court will send Mr. Judd a form AO-243, "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" to Mr. Judd with this minute order.

　　IT IS SO ORDERED.

---

[1] FED. R. CIV. P. 8(a)(2) (emphasis added).  A brief, on the other hand, is a "written statement setting out the legal contentions of a party in litigation, ... consisting of legal and factual arguments and the authorities in support of them." Black's Law Dictionary (8th ed. 2004). Later, at the discretion of the Court, Mr. Judd (himself, if self-represented, or through counsel), may be given an opportunity to file a brief.
[judd transcript.wpd]{IA.WPD*Rev.12/96}

[judd transcript.wpd]{IA.WPD*Rev.12/96}