LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone:  (907) 276-8008
Fax:  (907) 278-8571

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| IAN JUDD | ) |
| Defendant(s). | ) Case No.  3:05-cr-0068-RRB |

## MOTION TO AMEND/REDUCE SENTENCE

Defendant Ian Judd, by and through his attorney D. Scott Dattan, herby moves to amend and reduce his sentence pursuant to the "crack amendment."  This motion is supported by the memorandum filed herewith.

Dated this 14th day of March, 2008.

        s/D. Scott Dattan
        Attorney for Defendant, Ian Judd
        2600 Denali Street, Suite 460
        Anchorage, Alaska  99503
        Phone:  907-276-8008
        E-Mail:  dattan@alaska.net
        Alaska Bar No:  8411111

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008 a copy of foregoing MOTION TO AMEND/REDUCE SENTENCE, MEMO IN SUPPORT OF MOTION, and PROPOSED ORDER was served ELECTRONCIALLY on Stephan Collins.

s/D. Scott Dattan