LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>IAN JUDD  )<br>  )<br>    Defendant(s).  ) | Case No. 3:05-cr-0068-RRB |

**ORDER**

Defendant's motion to amend and reduce his sentence is GRANTED. Defendant's sentence is hereby reduced from 168 months to _____ months.

DATED: _____    _____
                                                                        RALPH R. BEISTLINE
                                                                        UNITED STATES DISTRICT JUDGE