IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>IAN JUDD,<br><br>        Defendant. | Case No. 3:05-cr-0068-RRB<br><br>**ORDER DIRECTING RESPONSE** |

On March 14, 2008, through counsel, Defendant Judd filed a Motion to Reduce Sentence at Docket 75 under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[1] The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether

---

[1] *Kimbrough v. United States*, 128 S. Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed. Reg. 28571-28572 (2007).

the amendment will be retroactive to cover defendants like Kimbrough."[2]  Since that case was decided, it has been determined that the guidelines became retroactive on March 3, 2008.[3]

**IT IS THEREFORE ORDERED THAT:**

1.  The Government shall file a response to Defendant's motion by **May 16, 2008.**

2.  Counsel for Mr. Judd may file a reply by **June 13, 2008.**

3.  Re-sentencing is set for **June 20, 2008,** at **11:00 a.m.** in Courtroom 2 in Anchorage, Alaska.

ENTERED this 17th day of March, 2008, at Anchorage, Alaska.

```
                            S/RALPH R. BEISTLINE
                            UNITED STATES DISTRICT JUDGE
```

---

[2] *Id.* at n. 11.

[3] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2)").

ORDER DIRECTING RESPONSE - 2