**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT**

AO 243 (Rev. 2/95)    **SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District<br>Alaska | |
|---|---|---|
| Name of Movant<br>Ian J. Judd | Prisoner No.<br>15139-006 | Case No.<br>A05-0068-001 CR (RRB) |
| Place of Confinement<br>Federal Correctional Institution Safford AZ 85548 | | |

**RECEIVED**

UNITED STATES OF AMERICA          V.     Ian Judd

**MAR 2 8 2008**

(name under which convicted)

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

## MOTION

1. Name and location of court which entered the judgment of conviction under attack <u>United States District</u>

   <u>Court for the District of Alaska 222 W St. 7th. Ave #4 Anchorage, Alaska 99513</u>

2. Date of judgment of conviction <u>01-31-2006</u>

3. Length of sentence <u>168 Months</u>

4. Nature of offense involved (all counts) <u>Count 1 - Distribution of cocaine base,</u>

   <u>Count 2 - Distribution of cocaine base</u>

   <u>Count 3 - Possession with intent to distribute cocaine base</u>

5. What was your plea?  (Check one)
   (a) Not guilty          ☐
   (b) Guilty              ■ xxx
   (c) Nolo contendere     ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   <u>N/A</u>

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury                ☐
   (b) Judge only          ☐

7. Did you testify at the trial?
   Yes ☐      No ■ xxx

8. Did you appeal from the judgment of conviction?
   Yes ■ xxx    No ☐

AO 243 (Rev. 2/95)

9.  If you did appeal, answer the following:

    (a) Name of court <u>Federal Building U.S. Court House</u>

    (b) Result <u>Denied</u>

    (c) Date of result <u>?</u>

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes ☐         No ■ xxx

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐         No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐       No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
  (1) First petition, etc.         Yes ☐       No ☐
  (2) Second petition, etc.      Yes ☐       No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: Ineffective Assistance of Counsel.

Supporting FACTS (state *briefly* without citing cases or law)

1. Allowed client to enter a plea of guilty without fully informing him of

consequences.

2. Never attempted to secure a plea agreement with prosecution.

3. Mislead client into thinking he would only do five (5) years by pleading guilty.

B.    Ground two: Additional drugs used in P.S.I. to boost overall amount without a jury

decision.

Supporting FACTS (state *briefly* without citing cases or law) Paragraph 18 of P.S.I., 27.8 grams of

crack found under passenger seat of C.W.'s car. Counted against me in paragraph 37,

even though A;P.D. officer testified (at sentencing) that C.W. was a known liar.

This issue was never sent before jurors for a decision. The total amount of crack

found should be 25.6 grams not 53.4 grams.

C.    Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 2/95)

D. Ground four: ______

Supporting FACTS (state *briefly* without citing cases or law) ______

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: ______

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ■ xxx

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing D. Scott Dattan
2600 Denali St. Suite 406 Anchorage, Alaska 99503

(b) At arraignment and plea D. Scott Dattan
2600 Denali St. Suite 406 Anchorage, Alaska 99503

(c) At trial ______

(d) At sentencing D. Scott Dattan
2600 Denali St. Suite 406 Anchorage, Alaska 99503

AO 243 (Rev. 2/95)

   (e)  On appeal _Sterling & De Armond_
       _851 E$^{st}$. Westpoint Dr. Suite 201 Wasilla, Alaska 99654_

   (f)  In any post-conviction proceeding _____

_____

   (g)  On appeal from any adverse ruling in a post–conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ■ xxx   No □

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes □    No ■ xxx

   (a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

   (b)  Give date and length of the above sentence: _____

_____

   (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes □    No □

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
                            Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_3-23-08_
(Date)

_____
                           Signature of Movant



PHX P&DC AZ 850
MON 24 MAR    PM

The Clerk of Court
Federal Building U.S. Court House
222 WSt 7th. Ave. # 4
Anchorage, Alaska 99513

Ian Judd 15139-006
Federal Correctional Institution
P.O. BOX 9000
Safford, AZ 85548