IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. IAN JUDD, Defendant. | Case No. 3:05-cr-00068-RRB ORDER of DISMISSAL |
| --- | --- |

On March 28, 2008, Ian Judd filed a motion under 28 U.S.C. § 2255.[1] However, Mr. Judd's case is still on appeal with the Court of Appeals for the Ninth Circuit.[2] This Court may not hear Mr. Judd's case while it is on appeal. The Ninth Circuit has instructed that the "district court should not entertain a habeas corpus petition while there is an appeal pending in this court or in the Supreme Court."[3] To

[1] *See* Docket No. 80.

[2] *See* Docket Nos. 49-69. There is no record of a Ninth Circuit decision in this case.

[3] *United States v. Pirro*, 104 F.3d 297, 299 (9th Cir. 1997), quoting *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991), *cert. denied*, 503 U.S. 975 (1992), and *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir.1987).

do otherwise, "would eviscerate our goal of judicial economy by engaging the attention of two courts on the same case at the same time."[4]

**IT IS HEREBY ORDERED:**

Mr. Judd's motion at docket number 80 is DENIED, and this action is DISMISSED without prejudice.

DATED this 7th day of April, 2008, at Anchorage, Alaska.

/s/RALPH R. BEISTLINE
United States District Judge

[4] *Id.*