UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  IAN JUDD  </u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                      CASE NO.  <u>  3:05-cr-00068-RRB  </u>

<u>  Carolyn Bollman  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: April 7, 2008

    On March 14, 2008, Ian Judd, representing himself, filed a motion for re-sentencing.[1] However, Mr. Judd's case is still on appeal with the Court of Appeals for the Ninth Circuit.[2] This Court may not hear Mr. Judd's case while it is on appeal.[3]

    Therefore, the Court's orders at docket numbers 78 and 79 are withdrawn, and Mr. Judd's motion for re-sentencing is DENIED, without prejudice, as premature.

    IT IS SO ORDERED.

---

[1] *See* Docket Nos. 75, 76.

[2] *See* Docket Nos. 49-69.  There is no public record of a Ninth Circuit decision in this case, and the Court has received no mandate from the Ninth Circuit.

[3] *See United States v. Ruiz*, 211 F.3d 1181, 1184 (9th Cir. 2000) ("[J]urisdiction in a criminal case revests with a district court once the mandate issues.").

[judd deny.wpd]{IA.WPD*Rev.12/96}