

RECEIVED
SEP 08 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**NOT FOR PUBLICATION**

**FILED**

SEP 04 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30513 |
| Plaintiff - Appellee, | D.C. No. CR-05-00068-a-RRB |
| v. | |
| IAN JUDD, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Submitted August 26, 2008**

Before:    SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

Ian Judd appeals from his guilty-plea conviction and 168-month sentence for distribution of cocaine base and possession with intent to distribute cocaine base,

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

DL/Research

in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Judd's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the judgment is **AFFIRMED**.